# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162500(13)

JOSEPH SABOL,
      Plaintiff-Appellant,

v

MARQUETTE CHAMBER OF COMMERCE,
      Defendant-Appellee.
_____/

MSC: 162500
COA: 354036
Marquette CC: 19-057832-AA

      On order of the Chief Justice, the motion of plaintiff-appellant to waive fees is GRANTED. Fees are waived in this case only.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2021



Clerk